McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8929
    Facsimile: (415) 744-0134
    E-Mail: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| SUM WANG WONGSAVANH,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,[1]<br><br>    Defendant. | Case No. 1:18-cv-01401-JDP<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME** |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant shall have a 30-day extension of time, from July 29, 2019 to August 28, 2019, to respond to Plaintiff's Opening Brief. All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Defendant's first request for an extension of time. Defendant respectfully requests this extension because counsel requires additional time to review the substantial administrative record (almost 1800 pages), to evaluate the issues raised in Plaintiff's Brief, to

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted in this action pursuant to Fed. R. Civ. P. 25(d). *See also* 42 U.S.C. § 405(g) (action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

1

determine whether options exist for settlement, and to prepare Defendant's response if settlement is not possible. Defendant's counsel also needs additional time to respond effectively to Plaintiff's Brief in the instant case because she has many briefs due in July and August in other district court and appellate court cases. Plaintiff does not oppose the requested extension.

Respectfully submitted,

Dated: July 25, 2019      PENA & BROMBERG, PLC

By: */s/ Jonathan O. Pena*\*
    JONATHAN O. PENA
    Attorneys for Plaintiff
    [*As authorized by e-mail on July 25, 2019]

Dated: August 2, 2019      McGREGOR W. SCOTT
    United States Attorney
    DEBORAH LEE STACHEL
    Regional Chief Counsel, Region IX
    Social Security Administration

By: */s/ Margaret Branick-Abilla*
    MARGARET BRANICK-ABILLA
    Special Assistant United States Attorney
    Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

Dated:   August 2, 2019                                   
UNITED STATES MAGISTRATE JUDGE